**SO ORDERED.**

**SIGNED this 2 day of September, 2014.**



_____

**John T. Laney, III**
**Chief United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Columbus Division

| In Re: | Ronald Spear | Chapter 13 |
|---|---|---|
| | 4636 Ivy Patch Dr. | |
| | Fortson, GA 31808-6896 | Case No: 14-40322-JTL |
| | XXX-XX-3031 | |

Order

The objection of the Chapter 13 Trustee to claim # 6 filed by Army And Air Force Exchange Services, C/O Bass And Associates, P. C. 3936 E. Ft. Lowell Road, Ste 200, Tucson, AZ 85712, having been served upon the claimant and other parties of interest , and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

ORDERED that claim # 6 filed by Army And Air Force Exchange Services, is hereby designated as unsecured for the purpose of distribution .

END OF DOCUMENT

/s/  Kristin Hurst

_____

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com